**No. 42394.**—Protests 370696–G, etc., of D. Lisner & Co. (New York).

Opinion by DALLINGER, J. The protests were sustained in accordance with stipulation of counsel. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (T. D. 47857) cited.

**No. 42395.**—Protests 319426–G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel, atomizers, flacons, boxes, incense burners, bottles, trays, whisky barrels, and atomizers and droppers were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Rice* v. *United States* (T. D. 49373), and Abstract 39456 cited. Hollow flasks were held dutiable as hollow ware at 40 percent under paragraph 339 on the authority of *Viking Trading Co.* v. *United States* (C. D. 132). Mirrors similar to those the subject of Abstract 8950 were held dutiable at 50 percent under paragraph 230.

**No. 42396.**—Protests 292664–G, etc., of D. Lisner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), and *Woolworth* v. *United States* (T. D. 47857) the claim as household utensils at 40 percent under paragraph 339 was sustained.

**No. 42397.**—Protests 287859–G, etc., of Saks & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel atomizers, flacons, caskets, boxes, photo frames, trays, and incense burners plated with gold or silver were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited. Toilet sets the same as those the subject of Abstract 8950 were held dutiable separately, the brushes at 45 percent under paragraph 1407, and the mirrors at 50 percent under paragraph 230.